**Order entered May 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00646-CV

**ADT SECURITY SERVICES, INC., Appellant**

**V.**

**VAN PETERSON FINE JEWELERS, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-12111**

## ORDER

We **GRANT** the May 21, 2015 motion of Melba Wright, Official Court Reporter for the 191st Judicial District Court, for an extension of time to file the reporter's record. The reporter's record shall be filed in this accelerated appeal by **JUNE 8, 2015**. *See* TEX. R. APP. P. 35.3(c).

/s/    ELIZABETH LANG-MIERS
         JUSTICE